# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 7** |
| | ) | |
| ALMEATER MAXSON, | ) | **Case No. 13-05833** |
| | ) | |
| Debtor. | ) | **Honorable Pamela S. Hollis** |

## CERTIFICATE OF SERVICE

Brian A. Audette, an attorney, certifies that on the 13th day of October, 2017, he caused the *Notice of Trustee's Final Report and Application for Compensation and Deadline to Object (NFR)* to be filed electronically with the Court. Notice of this filing will be served by U.S. Mail, first-class postage prepaid, to the parties listed on the attached service list.

Dated: October 13, 2017                    BRIAN A. AUDETTE, INTERIM TRUSTEE


                                           By: */s/ Brian A. Audette*
                                                  Chapter 7 Trustee


OF COUNSEL:
Brian A. Audette
**PERKINS COIE LLP**
131 S. Dearborn Street, Suite 1700
Chicago, Illinois  60603
Tel.: (312) 324-8534
Fax: (312) 324-9534

76488-0018/136942252.1

```
Label Matrix for local noticing          U.S. Bankruptcy Court                   AMEX
0752-1                                   Eastern Division                        Attn: Bankruptcy Dept.
Case 13-05833                            219 S Dearborn                          Po Box 297871
Northern District of Illinois            7th Floor                               Fort Lauderdale, FL 33329-7871
Chicago                                  Chicago, IL 60604-1702
Thu Sep 14 10:48:55 CDT 2017

(p)AMO RECOVERIES INC                    Associated Laboratroy Phys. SC          CHASE
5655 PEACHTREE PARKWAY                   Attn: Bankruptcy Dept.                  Attn: Bankruptcy Dept.
SUITE 213                                1 Ingalls Drive                         Po Box 15298
NORCROSS GA 30092-2828                   Harvey, IL 60426-3558                   Wilmington, DE 19850-5298


Deborah Maxson                           Equifax                                 Experian
18410 Olde Farm Rd.                      Attn: Bankruptcy Dept.                  Attn: Bankruptcy Dept.
Lansing, IL 60438-2558                   PO Box 740241                           PO Box 2002
                                         Atlanta, GA 30374-0241                  Allen, TX 75013-2002


Gecrb/JCP                                Gecrb/Walmart                           Illinois Collection SE
Attn: Bankruptcy Dept.                   Attn: Bankruptcy Dept.                  Attn: Bankruptcy Dept.
Po Box 984100                            Po Box 981400                           8231 185Th St Ste 100
El Paso, TX 79998                        El Paso, TX 79998-1400                  Tinley Park, IL 60487-9356


Ingalls Hospital                         Ingalls Memorial Hospital               MiraMed Revenue Group
One Ingalls Drive                        Bankruptcy Department                   Bankruptcy Department
Harvey, IL 60426-3591                    PO Box 75600                            Dept. 77304, PO Box 77000
                                         Chicago, IL 60675-5600                  Detroit, MI 48277-2000


Mortgage Elec. Regist. Systems           Northwestern Memorial Hospital          Transunion
Bankruptcy Department                    Attn: Bankruptcy Dept.                  Attn: Bankruptcy Dept.
3910 Kirby Dr. #300                      251 E. Huron St.                        PO Box 1000
Arlington Heights, IL 60004              Chicago, IL 60611-3055                  Chester, PA 19022-1023


Almeater Maxson                          Brian Audette                           Christopher R Lopez
18410 Olde Farm Road                     Perkins Coie LLP                        Geraci Law L.L.C.
Lansing, IL 60438-2558                   131 S Dearborn Street, Suite 1700       55 E. Monroe # 3400
                                         Chicago, IL 60603-5559                  Chicago, IL 60603-5920


Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027
```

          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
AMO Recoveries
Attn: Bankruptcy Department
6737 W. Washington St. #3118
West Allis, WI 53214
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Adam Pulaski and Pulaski Law Firm | (u)Frank V Cesarone and Meyers & Flowers LLC | End of Label Matrix<br>Mailable recipients   21<br>Bypassed recipients    2<br>Total                 23 |